GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, EDWARD LEE SMITH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD LEE SMITH,<br><br>Defendant. | CASE NO. 3:15-CR-00061-002 |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING (FIRST REQUEST)**

**IT IS HEREBY STIPULATED** by and between Edward Lee Smith ("Mr. Smith"), Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese and the Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney, and, James E. Keller, Assistant United States Attorney, that the sentencing hearing currently scheduled for May 29, 2019, at 11:00 a.m., be vacated. The Parties respectfully request the hearing be continued to July 2, 2019, at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently scheduled for May 29, 2019, at 11:00 a.m. Therefore, Mr. Smith's sentencing memorandum and formal objections are currently due on May 22, 2019.

2. Paola M. Armeni was appointed by this court as counsel for Mr. Smith on February 20, 2019.

3. Ms. Armeni requested the trial transcripts in this matter and received them on March 18, 2019.

4. Mr. Smith is currently incarcerated at Warm Springs Correctional Center in Carson City, Nevada, and Ms. Armeni's law practice is in Las Vegas, Nevada. As a result, Ms. Armeni had to work with the CJA panel to make travel arrangements to visit Mr. Smith. Ms. Armeni was able to visit with Mr. Smith on April 16, 2019.

5. After meeting with Mr. Smith, Ms. Armeni determined that she needed additional time to thoroughly prepare for sentencing on Mr. Smith's behalf. As such, Ms. Armeni cannot meet the current deadlines for the filing of formal objections to the presentence investigation report and the sentencing memorandum. Further, the continuance of the sentencing date will allow Ms. Armeni the opportunity to provide Mr. Smith with effective representation at sentencing.

6. Mr. Smith and the government agree to this continuance of the sentencing date.

7. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

8. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

9. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

10. This is the first request for a continuance of the sentencing hearing.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 7th day of May, 2019. | DATED this 7th day of May, 2019 |
| /s/ James E. Keller<br>JAMES E. KELLER<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>EDWARD LEE SMITH |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-00061-002 |
| Plaintiff, | |
| vs. | |
| EDWARD LEE SMITH, | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Sentencing in this matter is currently scheduled for May 29, 2019, at 11:00 a.m. Therefore, Mr. Smith's sentencing memorandum and formal objections are currently due on May 22, 2019.

2. Paola M. Armeni was appointed by this court as counsel for Mr. Smith on February 20, 2019.

3. Ms. Armeni requested the trial transcripts in this matter and received them on March 18, 2019.

4. Mr. Smith is currently incarcerated at Warm Springs Correctional Center in Carson City, Nevada, and Ms. Armeni's law practice is in Las Vegas, Nevada. As a result, Ms. Armeni had to work with the CJA panel to make travel arrangements to visit Mr. Smith. Ms. Armeni was able to visit with Mr. Smith on April 16, 2019.

5. After meeting with Mr. Smith, Ms. Armeni determined that she needed additional time to thoroughly prepare for sentencing on Mr. Smith's behalf. As such, Ms. Armeni cannot meet the current deadlines for the filing of formal objections to the presentence investigation report and

the sentencing memorandum.  Further, the continuance of the sentencing date will allow Ms. Armeni the opportunity to provide Mr. Smith with effective representation at sentencing.

6. Mr. Smith and the government agree to this continuance of the sentencing date.

7. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

8. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

9. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

10. This is the first request for a continuance of the sentencing hearing.

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for May 29, 2019, at the hour of 11:00 a.m. is hereby vacated and continued to the 2nd day of July, 2019, at the hour of 10:00 a.m., in Courtroom 4.

**DATED** this __9__ day of May, 2019.

_Howard D. McKibben_

**HOWARD D. McKIBBEN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.:  3:15-CR-00061-002**