UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>    v.<br>EDWARD SMITH,<br>                    Defendant. | Case No. 3:15-cr-00061-HDM-WGC<br><br>ORDER |

   Counsel of record for the defendant Edward Smith shall advise the court of the status of the defendant's request for his case file (ECF No. 927) on or before December 22, 2020.

   IT IS SO ORDERED.

   DATED: This 2nd day of December, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE