UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD SMITH,<br><br>　　　　Defendant. | 3:15-cr-00061-HDM-(WGC)<br><br><br>ORDER |

Based upon the pending application of the government, and good cause appearing,

**IT IS HEREBY ORDERED** that the clerk is authorized to provide the government with transcripts of hearings conducted on July 21, 2016, and April 11, 2018, which are docketed at ECF nos. 843 and 845.

DATED this ___29th___ day of _____June_____, 2021

_____
UNITED STATES DISTRICT JUDGE