UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD SMITH,<br><br>　　　　　Defendant. | 3:15-cr-00061-HDM-(WGC)<br><br><br>ORDER |

Based upon the pending application of the government, and good cause appearing,

**IT IS HEREBY ORDERED** that the clerk is authorized to provide the government with additional transcripts of the hearings conducted by the Court on July 21, 2016, and April 11, 2018, which are docketed at ECF nos. 844 and 846.

DATED this ___1st___ day of ___July___, 2021

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE