UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00061-HDM-BNW |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| EDWARD SMITH, | |
| Defendant. | |

The defendant has filed a letter with the court asking for advice with respect to Amendment 821 to the United States Sentencing Guidelines. The court does not render advisory opinions. Should the defendant believe he is eligible for relief in light of Amendment 821, he may file any motions he deems appropriate.

IT IS SO ORDERED.

DATED: This 28th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE